# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
        §
CALAHANS TAVERNE & GRILLE INC, §   Case No. 14-45451
        §
        Debtor §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Jeffrey P. Allsteadt
        U.S. Bankruptcy Court Clerk
        219 South Dearborn Street- 7th Floor
        Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 02/23/2016 in Courtroom 615,

        United States Courthouse
        219 Soth Dearborn Street
        Chicago, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: Jeffrey P. Allsteadt_____
                                               Clerk of The United States Bankruptcy
                                                       Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
CALAHANS TAVERNE & GRILLE INC, §          Case No. 14-45451
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 17,000.00 |
| and approved disbursements of | $ | 173.70 |
| leaving a balance on hand of[1] | $ | 16,826.30 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 2,450.00 | $ 0.00 | $ 2,450.00 |
| Trustee Expenses: Phillip D. Levey | $ 95.20 | $ 0.00 | $ 95.20 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 6,885.00 | $ 0.00 | $ 6,885.00 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 1,075.00 | $ 0.00 | $ 1,075.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 10,505.20 |
| Remaining Balance | | $ | 6,321.10 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 6,869.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Illinois Department of Revenue | $ 6,869.00 | $ 0.00 | $ 6,321.10 |

Total to be paid to priority creditors               $        6,321.10

Remaining Balance                                    $            0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Chapter 7 Trustee

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-45451-JSB
Calahan's Taverne & Grille Inc                                            Chapter 7
         Debtor          **CERTIFICATE OF NOTICE**

District/off: 0752-1           User: dgomez              Page 1 of 2               Date Rcvd: Jan 28, 2016
                               Form ID: pdf006           Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2016.
db              Calahan's Taverne & Grille Inc,    3204-3210 N. Halsted,    Chicago, IL  60657
22759787        Alter And Peece,   Monadnock Bldg 53 W Jackson Blvd,    Chicago, IL  60604
22759788       +Anderson Pest Control,    1100 W. Jackson Blvd,    Chicago, IL 60607-2906
22759789       +Atomatic Icemaker,    3725 N. Talman Avenue,    Chicago, IL 60618-4712
22759790       +Badger Mutual Insurance Corp,    1035 W. National AVenue,    Milwaukee, WI 53204-1347
22759791       +Benjamin Newby LLC,    300 N State Street  Apt 3112,    Chicago, IL 60654-3053
22759792       +Boi Magazine,   3705 N. Halsted,    Chicago, IL 60613-3906
22759793       +Cintas,    5600 W. 73rd Street,    Chicago, IL 60638-6212
22759794       +Coca Cola,    12200 Laramie Avenue,    Alsip, IL 60803-3199
22759795       +Comcast,    8745 W. Higgins Road,    Chicago, IL 60631-2750
22759796       +Covert Nine,    770 W. Gladys Avenue #402,    Chicago, IL 60661-5443
22759800       +DLG Inc. / 800 W. Belmont Inc/David Gass,    800 W. Belmont Ave,    Chicago, IL 60657-4527
22759797       +Dante Lopresti,    Evans, Loewenstein, Shimanovsky & Moscar,    130 S. Jefferson Ste 350,
                 Chicago, IL 60661-5762
22759798       +Dante The Don, LLC,    365 N. Halsted  Apt 1502,   Chicago, IL 60661-1375
22759799       +David Gassman,    800 W Belmont,    Chicago, IL 60657-4527
22759801       +Fortune Fish Co,    1068 Thorndale Ave,   Bensenville, IL 60106-1142
22759802       +Great American Cheese Collections,    4727 S. Talman AVe,    Chicago, IL 60632-1406
22759803       #+Jason Zilberbrand,    155 N. Aberdeen Street  #306,   Chicago, IL 60607-1665
22759804       +Jordan Labinger,    900 N. Kingsbury #980,    Chicago, IL 60610-7446
22759805       +Just Ice,    2621 W. Grand Ave,    Chicago, IL 60612-1116
22759807       +LKH Management,    3750 N. Halsted Street,    Chicago, IL 60613-3907
22759806       #+Lincoln Park Beverage Co,    1937 W. Diversy Pkwy,    Chicago, IL 60614-7844
22759786       +Mark Becker,    2300 Barrington Rd,    Hoffman Estates, IL 60169-2036
22759808        Mick Klug Farm,    8795 Scott Dale Road,    St Joseph, MI  49085
22759809       +Mickey's Linen,    4601 W. Addison,   Chicago, IL 60641-9911
22759810       +North Halsted Business Aociation,    3656 N. Halsted,    Chicago, IL 60613-5979
22759811        Odd Produce,    6027 N. Lawndale,    Chicago, IL 60659
22759813       +Paint Craft,    1813 W. Grand Ave,    Chicago, IL 60622-6231
22759814       +Peoples Gas,    P O Box 19100,    Green Bay, WI 54307-9100
22759815       +Powell Law Firm,    320 W. Ohio  Ste 501,   Chicago, IL 60654-7816
22759816        RCN,    1640 W. Bradley Price,    Chicago, IL  60180
22759817       +Red Hen Bread,    250 N. Western Ave,    Chicago, IL 60612-2224
22759818       +Schultz Supply,    3215 S. 59th Avenue,   Ccero, IL 60804-3805
22759819       +Signs By Tomorrow,    2834 N. Halsted St,   Chicago, IL 60657-5151
22759820       +Southern Wine And Spirits,    250 N. Artesian Avenue,    Chicago, IL 60612-2149
22759821       +Swinoler Spavola CPA,    343 W. Erie Street  #510,   Chicago, IL 60654-5735
22759822       +Walsh Security,    725 W. Sheridan Rd,    Chicago, IL 60613-3239
22759823       #+Wilcox Law Firm,    14 N. Sangamon St,    Chicago, IL 60607-2658
22759824       +Windy City Media,    1940 W. Irving Park Rd,    Chicago, IL 60613-2468
22759825       +Wirtz Beverage Systems,    3333 S. Laramie AVenue,    Cicero, IL 60804-4520

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23304889       E-mail/Text: rev.bankruptcy@illinois.gov Jan 29 2016 01:20:35
                 Illinois Department of Revenue,    Bankruptcy Section Suite 7-400,    PO BOX 64338,
                 Chicago, IL. 60664-0338
                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22759785*       Calahan's Taverne & Grille Inc,    3204-3210 N Halsted,    Chicago, IL  60657
22759812      ##+One Room Solutions,    18400 W. IL Route 120 #115,    Grayslake, IL 60030-9204
                                                                                               TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: dgomez              Page 2 of 2              Date Rcvd: Jan 28, 2016
                              Form ID: pdf006           Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2016 at the address(es) listed below:
          Carolina Y. Sales    on behalf of Creditor    800 W Belmont Inc. csales@bauch-michaels.com,
           smohan@bauch-michaels.com
          Carolina Y. Sales    on behalf of Creditor    3210 N Halsted, Inc. csales@bauch-michaels.com,
           smohan@bauch-michaels.com
          Kenneth A. Michaels, Jr    on behalf of Creditor    800 W Belmont Inc. kmichaels@bauch-michaels.com,
           pbauch@bauch-michaels.com
          Kenneth A. Michaels, Jr    on behalf of Creditor    3210 N Halsted, Inc.
           kmichaels@bauch-michaels.com,  pbauch@bauch-michaels.com
          Mark F. Becker    on behalf of Debtor 1    Calahan's Taverne & Grille Inc beclaw@att.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Paul M Bauch    on behalf of Creditor    3210 N Halsted, Inc. pbauch@bauch-michaels.com,
           smohan@bauch-michaels.com
          Paul M Bauch    on behalf of Creditor    800 W Belmont Inc. pbauch@bauch-michaels.com,
           smohan@bauch-michaels.com
          Phillip D Levey, ESQ    on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com,
           plevey@ecf.epiqsystems.com
          Phillip D Levey, ESQ    on behalf of Accountant    Popowcer Katten Ltd levey47@hotmail.com,
           plevey@ecf.epiqsystems.com
          Phillip D Levey, ESQ    levey47@hotmail.com,  plevey@ecf.epiqsystems.com
          Richard F Bruen    on behalf of Creditor    Dante the Don, LLC rbruen@odelsonsterk.com,
           kooley@odelsonsterk.com
                                                                                             TOTAL: 12
```