## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| CALAHANS TAVERNE & GRILLE INC, | § | Case No. 14-45451 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 6,321.10 | Claims Discharged<br>Without Payment: 1,185,247.63 |
| Total Expenses of Administration: 10,678.90 | |

3) Total gross receipts of $ 17,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 17,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS:<br>CHAPTER 7 ADMIN. FEES AND CHARGES<br>(from **Exhibit 4**) | NA | 10,678.90 | 10,678.90 | 10,678.90 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 6,869.00 | 6,869.00 | 6,321.10 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,184,699.73 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 1,184,699.73 | $ 17,547.90 | $ 17,547.90 | $ 17,000.00 |

4)  This case was originally filed under chapter 7 on  12/22/2014 .  The case was pending for 16 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __04/14/2016_____      By:/s/Phillip D. Levey_____
                                                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Furniture, light fixtures, audio and video | 1249-000 | 7,000.00 |
| Claims Against 800 W. Belmont, Inc., et al. | 1249-000 | 10,000.00 |
| TOTAL GROSS RECEIPTS | | $ 17,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | 2100-000 | NA | 2,450.00 | 2,450.00 | 2,450.00 |
| LEVEY, PHILLIP D. | 2200-000 | NA | 95.20 | 95.20 | 95.20 |
| ASSOCIATED BANK | 2600-000 | NA | 173.70 | 173.70 | 173.70 |
| LEVEY, PHILLIP D. | 3110-000 | NA | 6,885.00 | 6,885.00 | 6,885.00 |
| POPOWCER KATTEN, LTD. | 3410-000 | NA | 1,075.00 | 1,075.00 | 1,075.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 10,678.90 | $ 10,678.90 | $ 10,678.90 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 6,869.00 | 6,869.00 | 6,321.10 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 6,869.00 | $ 6,869.00 | $ 6,321.10 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alter And Peece Monadnock Bldg 53 W Jackson Blvd Chicago, IL  60604 | | 1,265.40 | NA | NA | 0.00 |
| | Anderson Pest Control 1100 W. Jackson Blvd Chicago, IL 60607 | | 168.38 | NA | NA | 0.00 |
| | Atomatic Icemaker 3725 N. Talman Avenue Chicago, IL 60618 | | 307.80 | NA | NA | 0.00 |
| | Badger Mutual Insurance Corp 1035 W. National AVenue Milwaukee, WI 03204 | | 4,437.00 | NA | NA | 0.00 |
| | Benjamin Newby LLC 300 N State Street  Apt 3112 Chicago, IL  60654 | | 1.00 | NA | NA | 0.00 |
| | Boi Magazine 3705 N. Halsted Chicago, IL  60613 | | 820.00 | NA | NA | 0.00 |
| | Cintas 5600 W. 73rd Street Chicago, IL  60639 | | 488.54 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Coca Cola 12200 Laramie Avenue Alsip, IL  60803 | | 1,008.56 | NA | NA | 0.00 |
| | Comcast 8745 W. Higgins Road Chicago, IL  60631 | | 205.01 | NA | NA | 0.00 |
| | Covert Nine 770 W. Gladys Avenue #402 Chicago, IL 60661 | | 3,250.00 | NA | NA | 0.00 |
| | DLG Inc. / 800 W. Belmont Inc/David Gass 800 W. Belmont Ave Chicago, IL 60657 | | 25,000.00 | NA | NA | 0.00 |
| | Dante Lopresti Evans, Loewenstein, Shimanovsky & Moscar 130 S. Jefferson Ste 350 Chicago, IL  60661 | | 1,259.00 | NA | NA | 0.00 |
| | Dante The Don, LLC 365 N. Halsted  Apt 1502 Chicago, IL 60661 | | 5,500.00 | NA | NA | 0.00 |
| | David Gassman 800 W Belmont Chicago, IL  60657 | | 0.00 | NA | NA | 0.00 |
| | Fortune Fish Co 1068 Thorndale Ave Bensenville, IL  60106 | | 324.51 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Great American Cheese Collections 4727 S. Talman AVe Chicago, IL  60632 | | 661.95 | NA | NA | 0.00 |
| | Jason Zilberbrand 155 N. Aberdeen Street  #306 Chicago, IL  60607 | | 785,000.00 | NA | NA | 0.00 |
| | Jordan Labinger 900 N. Kingsbury #980 Chicago, IL 60610 | | 315,000.00 | NA | NA | 0.00 |
| | Just Ice 2621 W. Grand Ave Chicago, IL  60612 | | 390.00 | NA | NA | 0.00 |
| | LKH Management 3750 N. Halsted Street Chicago, IL 66057 | | 6,300.00 | NA | NA | 0.00 |
| | Lincoln Park Beverage Co 1937 W. Diversy Pkwy Chicago, IL  60614 | | 62.00 | NA | NA | 0.00 |
| | Mick Klug Farm 8795 Scott Dale Road St Joseph, MI 49085 | | 390.00 | NA | NA | 0.00 |
| | Mickey's Linen 4601 W. Addison Chicago, IL  60641 | | 672.65 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | North Halsted Business Asociation 3656 N. Halsted Chicago, IL  60613 | | 250.00 | NA | NA | 0.00 |
| | Odd Produce 6027 N. Lawndale Chicago, IL  60659 | | 751.50 | NA | NA | 0.00 |
| | One Room Solutions 18400 W. IL Route 120 #115 Grayslake, IL  60030 | | 0.00 | NA | NA | 0.00 |
| | Paint Craft 1813 W. Grand Ave Chicago, IL  60622 | | 8,340.00 | NA | NA | 0.00 |
| | Peoples Gas P O Box 19100 Green Bay, WI  45307 | | 98.89 | NA | NA | 0.00 |
| | Powell Law Firm 320 W. Ohio  Ste 501 Chicago, IL 60654 | | 3,000.00 | NA | NA | 0.00 |
| | RCN 1640 W. Bradley Price Chicago, IL  60180 | | 904.58 | NA | NA | 0.00 |
| | Red Hen Bread 250 N. Western Ave Chicago, IL 60612 | | 38.41 | NA | NA | 0.00 |
| | Schultz Supply 3215 S. 59th Avenue Ccero, IL  60804 | | 1,375.42 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Signs By Tomorrow 2834 N. Halsted St Chicago, IL  60657 | | 1,386.12 | NA | NA | 0.00 |
| | Southern Wine And Spirits 250 N. Artesian Avenue Chicago, IL  60612 | | 3,773.89 | NA | NA | 0.00 |
| | Swinoler Spavola CPA 343 W. Erie Street  #510 Chicago, IL  60654 | | 3,025.00 | NA | NA | 0.00 |
| | Walsh Security 725 W. Sheridan Rd Chicago, IL 60613 | | 700.00 | NA | NA | 0.00 |
| | Wilcox Law Firm 14 N. Sangamon St Chicago, IL 60607 | | 3,400.00 | NA | NA | 0.00 |
| | Windy City Media 1940 W. Irving Park Rd Chicago, IL 60640 | | 510.00 | NA | NA | 0.00 |
| | Wirtz Beverage Systems 3333 S. Laramie AVenue Cicero, IL 60804 | | 4,634.12 | NA | NA | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,184,699.73 | $ 0.00 | $ 0.00 | $ 0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:  1

Exhibit 8

Case No:        14-45451    JSB    Judge: JANET S. BAER
Case Name:    CALAHANS TAVERNE & GRILLE INC,

For Period Ending:  01/04/16

Trustee Name:                               Phillip D. Levey
Date Filed (f) or Converted (c):    12/22/14 (f)
341(a) Meeting Date:                  02/06/15
Claims Bar Date:                         06/08/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Furniture, light fixtures, audio and video furniture, light fixtures, audio and video | 35,000.00 | 35,000.00 | | 7,000.00 | FA |
| 2. Claims Against 800 W. Belmont, Inc., et al. (u) | Unknown | 0.00 | | 10,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                 $35,000.00        $35,000.00                           $17,000.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Preparation and filing of estate income tax returns.

Initial Projected Date of Final Report (TFR): 10/31/15        Current Projected Date of Final Report (TFR): 10/31/15

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-45451  -JSB | | Trustee Name: | Phillip D. Levey |
| Case Name: | CALAHANS TAVERNE & GRILLE INC, | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5117  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2098 | | | |
| For Period Ending: | 04/14/16 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/30/15 | 1, 2 | David L. Gassman 3210 N. Halsted - #2 Chicago, IL  60657 | SETTLEMENT | 1249-000 | 17,000.00 | | 17,000.00 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.27 | 16,974.73 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.42 | 16,950.31 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.20 | 16,925.11 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.16 | 16,899.95 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.32 | 16,875.63 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.09 | 16,850.54 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.24 | 16,826.30 |
| 02/25/16 | 010001 | Phillip D. Levey 2722 North Racine Avenue Chicago, IL | TRUSTEE FEE | 2100-000 | | 2,450.00 | 14,376.30 |
| 02/25/16 | 010002 | Phillip D. Levey 2722 North Racine Avenue Chicago, IL | TRUSTEE'S EXPENSES | 2200-000 | | 95.20 | 14,281.10 |
| 02/25/16 | 010003 | Phillip D. Levey 2722 North Racine Avenue Chicago, IL | TRUSTEE'S ATTORNEY'S FEES | 3110-000 | | 6,885.00 | 7,396.10 |
| 02/25/16 | 010004 | Popowcer Katten, Ltd. 35 East WAcker Drive Suite 1550 Chicago, IL  60601 | trustee's Accountants' Fees | 3410-000 | | 1,075.00 | 6,321.10 |
| 02/25/16 | 010005 | Illinois Department of Revenue Bankruptcy Section Suite 7-400 PO BOX 64338 Chicago, IL. 60664-0338 | | 5800-000 | | 6,321.10 | 0.00 |

| | | | Page Subtotals | | 17,000.00 | 17,000.00 | |

Ver: 19.05f

LFORM24
**UST Form 101-7-TDR** (10/1/2010) *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 14-45451  -JSB |
|---|---|
| Case Name: | CALAHANS TAVERNE & GRILLE INC, |
| Taxpayer ID No: | *******2098 |
| For Period Ending: | 04/14/16 |

| Trustee Name: | Phillip D. Levey |
|---|---|
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5117  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  | COLUMN TOTALS | 17,000.00 | 17,000.00 | 0.00 |
|---|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 17,000.00 | 17,000.00 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 17,000.00 | 17,000.00 | |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| Checking Account (Non-Interest Earn - *******5117 | 17,000.00 | 17,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 17,000.00 | 17,000.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 19.05f

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*